# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

155444

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                     SC: 155444
                                     COA: 335809

WALLACE GEORGE CARLYLE,
     Defendant-Appellant.

                                     Berrien CC: 2009-015792-FC

_____/

     On order of the Court, the application for leave to appeal the January 27, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



d1218

                                      Clerk